**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )    **08CR   389**
)
vs. )   Violation: Title 8, United States Code,
)   Sections 1326(a) and (b)(2); and Title 6,
CARLOS MANCERA-RICO )   United States Code, Section 202(4)
)
)
)

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE VALDEZ**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about April 11, 2008, at Joliet, Illinois, in the Northern District of Illinois, Eastern Division,

CARLOS MANCERA-RICO,

defendant herein, an alien who previously had been deported and removed from the United States on or about August 8, 2003 and December 20, 1999 was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY