Minute Order Form (rev 1/1/99)

MAGISTRATE JUDGE VALDEZ    08CR 389

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE GETTLEMAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 GJ 0532 | DATE | MAY 14, 2008 |
| CASE TITLE | US v. CARLOS MANCERA-RICO | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL MARCH 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge **Ashman**

Docket Entry:

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, SECTION 3142. DEFENDANT IS CURRENTLY IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION & CUSTOMS ENFORCEMENT AGENCY.

FILED
MAY 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials
DOCKET#