**0 8CR   389**

**JUDGE GETTLEMAN**

**MAGISTRATE JUDGE VALDEZ**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1)  Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
    **NO X    YES ☐**    If the answer is "Yes", list the case number and title of the earliest filed complaint.

2)  Is this an indictment or information that supersedes one or more previously-filed indictments?
    **NO X    YES ☐**    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment
    information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3)  Is this a re-filing of a previously dismissed indictment or information?                     **NO X    YES ☐**
    If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of
    the assigned judge (Local Rule 40.3(b)(2)):

4)  Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
    **NO X    YES ☐**    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant
    failed to appear (Local Criminal Rule 50.2(3)):

5)  Is this a transfer of probation supervision from another district to this District?          **NO x    YES ☐**

6)  What level of offense is this indictment or information?                    **FELONY x    MISDEMEANOR ☐**

7)  Does this indictment or information involve eight or more defendants?                         **NO x    YES ☐**

8)  Does this indictment or information include a conspiracy count?                               **NO x    YES ☐**

9)  Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ........... (II) | ☐ Other Fraud ........... (III) | x Immigration Laws .............. (IV) |
| ☐ Post Office Robbery ....... (II) | ☐ Auto Theft ........... (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ................ (III) | ☐ Forgery ........... (III) | ☐ Motor Carrier Act .............. (IV) |
| ☐ Burglary .............. (IV) | ☐ Counterfeiting ........... (III) | ☐ Selective Service Act ........... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail ............. (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ........... (III) | ☐ Other Federal Statutes ........... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ........... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title  United States Code Section .  8 U.S.C. §1326(a), (b)(2) and 6 U.S.C. § 202(4)

**F I L E D**

MAY 1 4 2008

_____
Assistant United States Attorney

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Revised 12/99)