Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 389 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Carlos Mancera - Rico | | |

**DOCKET ENTRY TEXT**

Arraignment held on 5/21/2008 as to Carlos Mancera-Rico. Enter Order granting Beth Gaus leave to appear on behalf of defendant. Defendant informed of his rights. Defendant waives formal reading of the indictment and enters plea of not guilty to all counts. 16.1(a) conference to be completed by 5/28/08. Pretrial motions to be filed by 6/4/08. Status hearing set before Judge Gettleman on 6/4/08 at 9:15 a.m. Defendant waives detention without prejudice at this time and request to be place in federal custody. Government's oral motion to exclude time is granted. Enter excludable time from 5/21/08 to 6/4/08 pursuant to 18USC§3161 (h)(1)(F). (X-E).

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|